IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **EDDIE RAY CHESTNUTT and MARGUERITE CHESTNUTT,** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4.09cv00110-DPJ-JCS** |
| **I-FLOW CORPORATION, MCKINLEY MEDICAL, LLC, MOOG, INC., CURLIN MEDICAL, INC., ASTRAZENECA PHARMACEUTICALS LC, ASTRAZENECA LC, APP PHARMACEUTICALS, LLC, APP PHARMACEUTICALS, INC., ABRAXIS BIOSCIENCE, LLC and ABRAXIS BIOSCIENCE, INC.,** | **DEFENDANTS** |

## FINAL JUDGMENT AND ORDER OF DISMISSAL
## WITHOUT PREJUDICE

This matter having come before the Court on Plaintiffs' request to dismiss this matter with prejudice, and the Court having been advised that Defendants have no objection finds that said request is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above referenced matter should be and hereby is dismissed without prejudice in its entirety as to all Defendants, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 21st day of October, 2009.

                                        /s/ James C. Sumner
                                        U.S. MAGISTRATE JUDGE

Approved as to Form:


/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Michael A. London
Attorney for the Plaintiffs


/s/ Mildred M. Morris
Mildred M. Morris
Attorney for the Defendants,
APP Pharmaceuticals, LLC; APP Pharmaceuticals,
Inc.; Abraxis Bioscience, LLC; Abraxis Bioscience,
Inc.


/s/ Wade G. Manor
Wade G. Manor
Deborah J. Denenberg
Charles C. DeMartino
Attorneys for I-Flow Corporation